1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

STEVEN CHAN,

        Plaintiff,

    v.

FRANK BISIGNANO, Commissioner of
Social Security,

        Defendant.
_____/

Case No. 1:25-cv-01479-SKO

**ORDER GRANTING PLAINTIFF'S
APPLICATION TO PROCEED IN
FORMA PAUPERIS**

(Doc. 2)

Plaintiff Steven Chan filed a complaint on November 3, 2025, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Docs. 1, 2.)  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that:

1.    Plaintiff's application to proceed *in forma pauperis* is GRANTED; and

2.    The Clerk of Court is DIRECTED to issue a summons, the Consent/Decline forms, and the Scheduling Order.  Service on the defendant shall proceed under the Court's E-Service program as follows: once a summons is issued, the Clerk of Court shall deliver to the Commissioner of Social Security Administration and the United States

1       Attorney's Office at their designated email addresses, a notice of electronic filing of

2       the action along with the summons and complaint.

3

4    IT IS SO ORDERED.

5    Dated:   __**November 4, 2025**__                    ____/s/ *Sheila K. Oberto*____

6                                                          UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28