DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN CHAN,<br><br>   Plaintiff,<br><br>  vs.<br><br>FRANK BISIGNANO, Commissioner of Social Security[1],<br><br>   Defendant. | Case No. 1:25-cv-01479-SKO<br><br>**STIPULATION AND UNOPPOSD MOTION FOR EXTENSION OF TIME; ORDER**<br><br>(Doc. 12) |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 1-day extension of time, from January 22, 2026 to January 23, 2026, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT .  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's second request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week.

---

[1] Frank Bisignano became the Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

For the weeks of January 12, 2026 and January 19, 2026, Plaintiff's Counsel has nine merit briefs due and four reply briefs due.  Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: January 16, 2026        PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Dolly M. Trompeter*
DOLLY M. TROMPETER
Attorneys for Plaintiff

Dated: January 16, 2026        ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Law & Policy
Social Security Administration

By:   */s/ Oscar Gonzalez de Llano , GOVT*

Oscar Gonzalez de Llano , GOVT
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on January 16, 2026)

2

**ORDER**

Pursuant to the parties' foregoing stipulation and unopposed motion, (Doc. 12), and for good cause shown (Fed. R. Civ. P. 16(b)(4)), IT IS ORDERED that Plaintiff shall have up to and including January 23, 2026, to serve Plaintiff's Motion for Summary Judgment on Defendant.  All other dates in the Scheduling Order, (Doc. 5), are enlarged accordingly.

IT IS SO ORDERED.

Dated:   **January 21, 2026**                          /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE